**THE CROW LAW FIRM, P.C.**
DONALD S. BRITT, ESQ. (SBN 44901)
700 E Street
Sacramento, California 95814
Telephone:    (916) 441-2980
Facsimile:    (916) 441-3846

Attorneys for Plaintiff **DARYL STINCHFIELD**

MICHAEL JOHNSON, ESQ. (SBN 88884)
UNION PACIFIC RAILROAD COMPANY
Law Department
10031 Foothills Blvd, Suite 200
Roseville, CA 95747
General: 916-789-6400
Direct: 916-789-6231
Fax: 916-789-6227

Attorney for Defendant **UNION PACIFIC RAILROAD CO.**

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL STINCHFIELD, | Case No. 2:06-CV-2405 DFL DAD |
| Plaintiff, | **STIPULATION AND ORDER PERMITTING FILING OF FIRST AMENDED COMPLAINT** |
| v. | |
| UNION PACIFIC RAILROAD CO., | |
| Defendants / | |

Plaintiff DARYL STINCHFIELD and Defendant UNION PACIFIC RAILROAD COMPANY, by and through their respective undersigned counsel, hereby stipulate as follows:

Material changes have occurred in Plaintiff's employment situation since the filing of the Complaint which could not have been alleged at the time Plaintiff filed his Complaint. Under the existing standards for amendment and supplemental pleadings as set forth in Federal Rule of Civil Procedure 15, good cause exists to permit Plaintiff to file the proposed First Amended Complaint

1

Stipulation and Proposed Order

attached hereto as Exhibit 1.  Defendant shall serve an answer to the First Amended Complaint within the time prescribed by law.

Dated:  February 19, 2007    THE CROW LAW FIRM, P.C.

                                         */s/ Donald S. Britt*

                               By: _____
                                    DONALD S. BRITT
                                    Attorney for Daryl M. Stinchfield

Dated:  February 9, 2007    UNION PACIFIC RAILROAD COMPANY

                                       */s/ Michael Johnson*

                               By:_____
                                    MICHAEL JOHNSON
                                    Attorney for Defendant Union Pacific Railroad Co.

                                                 ****

For GOOD CAUSE shown, the Parties' Stipulation is hereby GRANTED.  Plaintiff shall file and serve the Proposed First Amended Complaint on or before February 28, 2007.  Defendant shall file an Answer thereto within the time prescribed by law.

IT IS SO ORDERED.

Dated: February 16, 2007

                                              /s/ David F. Levi
                                              DAVID F. LEVI,
                                              Judge of the United States District Court