**THE CROW LAW FIRM, P.C.**
DONALD S. BRITT, ESQ. (SBN 44901)
700 E Street
Sacramento, California 95814
Telephone:   (916) 441-2980
Facsimile:    (916) 441-3846

Attorneys for Plaintiff **DARYL STINCHFIELD**

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL STINCHFIELD, | Case No. 2:06-CV-2405-DFL-DAD |
| Plaintiff, | **STIPULATION FOR ENTRY OF ORDER OF DISMISSAL** |
| v. | |
| UNION PACIFIC RAILROAD CO., | |
| Defendants | |

Plaintiff DARYL STINCHFIELD and Defendant UNION PACIFIC RAILROAD COMPANY, by and through their respective counsel hereby stipulate that the First Amended Complaint against Defendant be dismissed in its entirety and that each party will bear their own costs. The parties jointly request that the court enter such order of dismissal.

Dated: April 9, 2007                    */s/ Donald S. Britt*
                                        Donald S. Britt, Esq.

Dated: April 9, 2007                    */s/ Michael L. Johnson*
                                        Michael L. Johnson, Esq.

Stipulation and Order for Entry of                 1
Order of Dismissal

Plaintiff's First Amended Complaint is DISMISSED; each party will bear its own costs of the suit.

IT IS SO ORDERED.

Dated: April 10, 2007

/s/ David F. Levi
HON. DAVID F. LEVI
Judge of the United States District Court